**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

LUIS MALAVE,                               :   No. 63 MM 2018
                                           :
          Petitioner            :
                                           :
                                           :
          v.                    :
                                           :
                                           :
COMMONWEALTH COURT OF                       :
PENNSYLVANIA,                              :
                                           :
          Respondent            :

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 23rd day of May, 2018, the Application for Leave to File Original Process is GRANTED, and the Petition for Writ of Mandamus and/or Extraordinary Relief is DENIED.